BEFORE THE SECOND DIVISION, MAY 20, 1964

No. 68569.—Hakansson Industries, Inc. *v.* United States, protests 63/12260–13558 and 63/15469–13669 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel bandsaws in coils similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.

No. 68570.—Indian Co. *v.* United States, protest 62/15711 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68571.—Mason & Bacon, Inc., and Henry A. Wess, Inc. *v.* United States, protests 294073–K and 294074–K (Cleveland).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bracing bolts, riband bolts, and chord bolts, which are bolts of steel, the claim of the plaintiffs was sustained.